PLEA ON INFORMATION  Date & Time: 4-17 98 @ 11:00

Pltfs Attorney: J. Richard Chema  Defds. Attorney: Nicholas Gounaris

CASE CAPTION: USA VS CURTIS MILLER  CASE NUMBER: CR-3-98-43

- ✓ Defendant appeared with counsel.
- ✓ Defendant's right to Grand Jury consideration and Indictment explained and Defendant stated he understood this right.
- ✓ Defendant waived right to Indictment.
- ✓ Waiver of Indictment form signed by Defendant and Defendant Counsel.
- ✓ Defendant waived reading of Information and defects in service.
- ✓ Defendant's constitutional rights explained and Defendant stated he understood rights.
- ✓ Defendant waived constitutional rights.
- ✓ Defendant sentencing guidelines range discussed and Defendant stated he understood possible sentence.
- ___ Guidelines levels stated as Level _____.
- ✓ Plea agreement read into the record by AUSA J. Richard Chema
- ✓ Plea agreement accepted by Court and made a permanent part of the record.
- ✓ Statement of Facts read into record by the Court.
- ✓ Defendant acknowledged accuracy of Statement of Facts.
- ✓ Defendant entered a plea of Guilty to Count One (1).
- ✓ Plea accepted and made a permanent part of the record.
- ✓ Defendant referred to Probation Department for Presentence Investigation (PSI).
- ✓ Bond of O|R set.
- ___ Conditions of Bond: _____
- ___ Other: _____

FILED
KENNETH J. MURPHY
CLERK
98 APR 17 PM 4:39
U.S. DIST. COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

COURT REPORTER: Denise Errett  CONVENE: 2:00
DEPUTY CLERK: MC Burley  RECESS: 3:07